Luis Gutierrez-Valencia #091102
Name and Prisoner/Booking Number

A.S.P.C Eyman
Place of Confinement

P.O. Box
Mailing Address

Florence, Arizona 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

# Jan 05 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Luis Gutierrez-Valencia ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn ,
(Full Name of Defendant)

(2) Ryan Thornell ,

(3) Centurion Medical Vender ,

(4) Nahcare Medical Vender ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-00038-PHX-JAT (DMF)

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

" Jury Demand "

### A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Eyman Complex Prisons      Florence AZ 85132

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Centurion Medical_ . The first Defendant is employed
as: _Adoc Medical Vender Rule 19 2019-2020_ at _ASP-Eyman Complex Florence AZ_ .
(Position and Title)                                              (Institution)

2. Name of second Defendant: _Narhcare Medical_ . The second Defendant is employed as:
as: _Adoc current Medical Vender_ at _ASPc-Eyman Complex Florence AZ_ .
(Position and Title)                                          (Institution)

3. Name of third Defendant: _David Shinn_ . The third Defendant is employed
as: _Director of Prisons of Arizona State_ at _Central Office PHX_ .
(Position and Title)                                      (Institution)

4. Name of fourth Defendant: _Ryan Thornell_ . The fourth Defendant is employed
as: _Current Direct of AZ State Prison_ at _Central Office PHX_ .
(Position and Title)                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? ___3___ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Luis Gutierrez-Valencia_ v. _Harris / Corrizon_
      2. Court and case number: _18-CV-03007-PHX-JAT (DMP)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _total dismissed_
      _recived items shoes, sandals sunglasses etc settled BY Adoc_

   b. Second prior lawsuit:
      1. Parties: _Luis Gutierrez-Valencia_ v. _Ryan._
      2. Court and case number: _18-CV-0A081_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _voluntary Dismissed_
      _provided requested items_

   c. Third prior lawsuit:
      1. Parties: _Luis Gutierrez-Valencia_ v. _Charles Ryan / Corizon Corporation Medical vender_
      2. Court and case number: _2-20-CV-0376_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _settlement agreement Between parties_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

A. JURISDICTION

5) JULIE Bowers

6) SEAN MALONE

7) FRED MORENO

8) Sivi THomas

(1.A)

## B. DEFENDANTS

5). JULIE BOWERS :. the 5th Defendant is employed as: Central Office Appeals officer/Director at CENTRAL OFFICE PHOENIX, ARIZONA

6). SEAN MALONE: The 6th Defendant is Employed as; CENTRAL OFFICE ASSISTANT DIRECTOR FOR PRISON OPERATIONS at CENTRAL OFFICE PHOENIX ARIZONA.

7) FRED MORENO: The 7th Defendant is Employed as: CENTRAL OFFICE ASSISTANT DIRECTOR FOR PRISON Facilitie(s) at Central Office Phoenix, Arizona.

8) SiViTHomas: The 8th Defendant is Employed as: Emany complex Physician at. EYman Complex Prisons florence Arizona

<u>Verified complaint for Damages, injuctive & other Relief</u>

## <u>Preliminary Statement</u>

1). All Defendant(s) Herein Count I. Count II. Count III. including defendant's Policymakers for medical care. Know about, allowed & Enforced the custom, Practice, write/unwriten Policy and but not limited to other depravations described herein. All Defendant(s) including Policy makers for Medical care Know or should have Known of **A)** Plaintiffs serious medical needs Including Plaintiffs sever Pain, debilitation & increased risk of serious complication(s) yet All defendant(s) have intentionally failed to Provide adeque medical care and consult(s) and Hernia and/or other much needed repair/surgery. In a reasonable amount of time as this Plaintiff was forced to wait years from Hernia Pain which effected my dair way of living, stomach Pains and But not Limited forced to drink Polluted/contaminated/toxic water and having H. Pylori & other seven stomach Pains that would wake me from sleep, Knowing That their actions/inactions resulted & continue to result in Plaintiff's suffering. Thus All Defendant(s) of all count(s) stated in complaint have caused the wanton infliction of Pain upon Plaintiff in the custody of (ADOC&R) 2). "Centurion /Nalhcare" Both are out of State corporation Centurion 100 centurion way williamston, Michigan 48895 and Nalhcar 7090 Columbiana Rd. suit 4000 Birmingham, AL registered & doing bussiness in Arizona Since 2020 and/or all relevant times of the deprivation, violations suffered by Plaintiff in This Complaint. Centurion and/or Nalhcare has/have Provided Medical care to Plaintiff & Enforced their corporate practice, custom Policy regarding Hernia consultations to the Specialist and/or Surgery described herein. Upon information & belief all Medical Personel, Medical staff have been Contracted by Both Medical venders during all relevant times although imputed neglegence exists all medical Personnel were acting within the scope of their employment restrictions by a Prison for Profit system. All defendants deprived Plaintiff and/or Subjected Him to be deprive of his 8th Amendment rights by their actions/inactions and being deliberately indifferent to Plaintiffs Serious Medical needs. 3). "Jiji Thomas" was/is deliberately indifferent to Plaintiffs Serious Medical needs she refused to recomend Hernia consult/surgery stating it was Practice of the health

(1-c)

## Preliminary Statement

care vender not to recommend Hernia Consult, Stomach ues and/or Specialist Consult(s) although Plaintiff's serious medical needs worsened daily & Plaintiff was in pain for years. Defendant Thomas Knew or should have Known all medications Plaintiff took and/or had severe sideeffects to and Defendant had her computer In front of her to check. Yet deliberately chose to not or breifly glance at it which put Plaintiffs life in danger as an (ICS) Medical emergency was issued due to Defendants actions/inactions resaultins in Plaintiffs Unecessary & wanton infliction of Pain & future Complications as he almost had a Heart attack because Defendants actions and Plaintiff's 8th amendment was violated by Defendants actions. 4) Plaintiff cotters that the water at Eyman Complex Is toxic contaminated and/or Polluted. It could/will Cause future Complication's Kidny failuer, and but not Limited to Significant Pain & Suffering now and in the future. Defendant(s) Know or should have Known Every Prison officia i ask & Matanince Worker Say they dont drink the water but brins their own water, because its bad "contaminated, toxic" Defendants Know but were deliberate indifrent to Plaintiffs cry's for help as Plaintiff as them to Correct the Issue by Selling water Purifiers throush fund raisen's as they did at (South unit) but they refused Julie Bowers, Sean Malone Fred Morino were all made awear of the water and Plaintiff setting H-Plori: a water desise and failed to Correct the wrons and violated Plaintiffs Eighth Amendment, as Plaintiff has all Paper work were They are awear but denied Plaintiffs request & Left Plaintiff to Continue to Suffer be expoed to Contaminated water & future Medical Complication's by their actions inaction Under the Color of law. 5) all Defendants in this complaint such as but not limited to David Shinn, Ryan Thorwell, Centurion, Nathcore, Julie Bowers, Sean Malone, Fred moreno, Thomas have Directly/indirectly,

(1-D)

## Preliminary Statement

Caused Plaintiff to remain in Pain and Suffer the unnecessary & wanton infliction of Pain By their actions and/or Inaction and being Deliberate indifferent to Plaintiff Serious Medical Needs as all defendants were awear Through Labor Work and/or Grievance(s) yet acted with deliberate indifference towards Those Needs and acted under the color of Law and had the Power to correct the wrong(s) yet failed to do so by their action/inaction violating Plaintiffs Eighth Amendment Rights of the Plaintiff. All Defendant(s) herein have Imposed Punishment far in excess of that Authorized by Law, Contrary to the 8th Amendment. Defendants Delay/denial of Plaintiffs Medically needed Consult(s) and Surgery of but not Limited to his Hernia Violated Standards of decency contrary to the 8th Amendment. All Defendants "actions & treatment" with respect to But not Limited to Plaintiff's Hernia, stomach Pains, water contamination and Gross Medical Conduct by Thomas is Medical care so cursory as to amount to no Medical care at all. Plaintiff believes all Defendants in and for all Counts in this Complaint Herein (Shinn, Thornell, Centurion, Wellcare, Bowers, Malone, Moreno, Thomas) have violated Plaintiffs Eighth Amendment rights and Plaintiff believes he has in this Verified Complaint for Damages & other such relief Sufficiently Provided Sufficient Support to Unequivocally establish his claim(s) are true, have Merit and Constitutional deteravation to Plaintiffs 8th. Amendment has occurred, Through the actions and/or Inactions of All Defendant(s) Mentioned Herein under the Color of Law and Constitute State action.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eigth Amendment of the United States Constitution: 8th, 14th amendments, 14th,

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

All Defendant(s) 1. David Shinn ADOC Director 2) Ryan Thornell ADOCRR Director 3) Medical Vender Centurion 4) Medical Vender Nathcare Nurse Practicitoner Sioh Thomas, have through their actions or inactions, practice, custom or policy directly or indirectly violated Plaintiffs Eigth amendment right of The United States Constitution. Plaintiff since before or about 2021 has been complaining of stomach pains, hernia which for Over 2 yars he has been forced to induce stomach pains that cause terrible pain, wake him from his sleep all the time while his coniions worsen & Defendants continued to maintain the custom & practice of putting the profit of the medical vender Corporation, ADOC & Themselves before the health needs of the Plaintiff, as his health risk increased Plaintiff daily way of living was restricted Plaintiff has to hold his stea when he defecates hurts when he walks or sits up & Constipation ibowe obstruction stomach, abdominal intense & excruciating pain as my hernia continues to rip, due to Plaintiffs crys for help & all the paperwork & greivances plaintiff has filed all Plaintiffs are or should have been awear of Plaintiffs Serious medical needs, yet they were once again deliberitely indifferent to his needs because All Defendants deliberitly delayed and/or denied specialist consult → (3.A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Plaintiff had hernia for or over two years & H-Pylori that caused severe pain & suffering & does now & for years Plaintiff's crys for help through paper work were dismissed Defendant(s) were deliberitly indifferent to his constant pain & now & which more then likely complications in the future from (all Defendants) delay or denial in providing consult(s), adequat medical care & Plaintiffs Body (Continue) is paying the Price now, then & is in pain daily from the delay →

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Cause of action
Count 1.
Injury

All defendants had the ability, power, Authority to recommend and/or correct the wrong and schedual a hernia and stomach Specialist consult and/or Surgery but denied and/or delated the Much Needed Consult(s) For Over 2 years did not Provide Hernia aids & Continuously misdiosnosed my H-Pylori and stomach pains which Could be needed a gallbladder removal or other stomach Conditions that Only Worsen with time causins Plaintiff Pain, cramps Pain while deficating, urinating, Bowel obstruction, Stomach & groin pain's which Continue to get Worse & Plaintiffs intestine lining continues to brake/rip through & going in Scrotum Sac as he remains in daily Pain which effects his daily WAY of living. as again on 12/27/2023 an I.C.S. Medical emergency was activated due to bowel obstruction & sever Pain & suffering from hernia/stomach pains.

3. A. 1

Count 1. 3-A

Supporting Facts

1). David Shinn, was the Director of Arizona state Prisons (Adoc) at all relevant times of this complaint on or before "2021". Defendant had a non-delegable duty to provide Constitutionally adequate medical care to Prisoners under his Care A.R.S §§13-201(C)(1)(a). Defendant Knew about Defendant's "Centurion and/or Nahcare(s)" failure to provide adequate healthcare & their practice, custom & written or unwritten Policies, but failed to act and allowed Defendant's Centurion and/or Nahcare's misconduct to continue by repeatedly defending the Adoc Medical Vender even going so far as stating "inmates are receiving better Healthcare then Him and/or his family" at a legal hearing. Defendant did this because a Prison for Profit mentality & environment which he continued to feed & Perpetuate although it only amplified a broken Health care System within Adoc. Plaintiff submitted inmate letters, Grievance(s) and such documents as his cry's for help, ~~xxxxxxxxxxxxxxx~~ about his Painful medical conditions such as but not limited to Hernia, stomach and request for Hernia Consult/surgery and Stomach specialist. Defendant had the Power to help Plaintiff within his ability, but failed to act or respond, despite the fact That Plaintiff was Suffering extreme Pain. Defendant Knew or should have Known that delaying or failing to provide the hernia surgery, stomach, gastrologist Consult would leave the Plaintiff in excruciating Pain & at risk for Serious current/future Complications. due To Defendants actions or inactions Plaintiff Suffered daily & his Conditions worsened for over 2 years. Defendant is sued in his: Official Capacity under the color of Law, and Individual Capacity He had the Power to Correct the wrong and did not in violation of Plaintiffs Eighth Amendment of the United States Constitution for all Proper Relief & Damages Mentioned in this complaint.

2). Ryan thornell, is the Director of (AdocRR) and has been at all relevant times from 2023 to current date. Defendant had a duty, responsibility & obligation to Provide Constitutionally adequate medical care to Prisoners under his Care A.R.S §§13-201(C)(1)(a). Defendant Knew or should have Known about Defendant's "Centurion and/or Nahcares" failure to provide adequate Healthcare and their history, Custom, Practice written or unwritten Policies that delay, deny or limit inmates from obtaining much needed approvals for outside Consultations ~~xxxxxxxxxxxxxxx~~ —

(3-A)

Count 1, 3-B.

Supporting Facts

From but not limited to, Hernia Specialist, Stomach specialist, Gastroligist, MRI & Surgery. Placing the needs & Profit of ADOC & it's Medical Vender with their agendas to save money before/ahead of Prisoner(s) Medical needs & without regard to Plaintiff's Symptoms, or risk of serious Medical Complications as Plaintiffs Hernia(s) & severe Stomach Conditions, which continued to worsen causing severe daily Pain that effected his way of daily living. Such as but not limited to Pain(s) when deficating, walking, waking him from Sleep, Stomach cramps, bloted Stomach cramps & other Symptoms. Defendant as the Director of Arizona state Prisons, it was within his power to Correct the Wrong & have the new Medical Vender Provide better & faster Consultations, surgery & other medical treatments as surgery. Yet Defendant failed to act as the Custom & Practice Continued while ~~the ADOC~~ Plaintiff remained in excruciating Pain & his hernia and Stomach Complications worsened & he suffered daily from but not limited to such symptoms. at all relevent times Defendant (as Director fo(ADOCs) Therefore Defendent is Sued in his Official Calacity under the color of Law and Individual Calacity for all relief & Damage(s) mentioned in this Complaint & That this court deems fit.

3) CENTURION. MEDICAL VENDER: was the ADOC Medica Vender during all relevant Times of Plaintiff(s) Complaint ~~from~~ but not limited to 2020 through 2022 and or Until The New Health care Provider ~~for Prisoner(s)~~ Replaced "Centurion". 1) Defendant(s) are an out of state ~~Coorporation~~ Licensed ~~(Centurion)~~ & doing business in Arizona, Defendant(s) have a duty to Provide Plaintiff with adequate Medical care However allowed it to deteriorate for the Purpose of reducing cost & increasing Profit. 2) Defendants have a custom, Practice written or unwriten Policy which Prohibits Medical Staff from exercising Medical Judgement and has resulted in the denial and/or delay to Plaintiffs Hernia Consult & surgery, leaving Him in severe Pain unable to Participate in Normal activities & at risk for serious Complications. a Custom & Practice by Medical venders and/or ADOC medical contractor which causes the Wanton infliction of Pain that amounts to deliberate indifference to a Serious Medical need of Plaintiff in the ~~Arizona~~ state Prison system, in violation of the 8th. Amendment to the—

( 3 - B )

Count 1, 3-C

## Supporting Facts

united states constitution. 3) Defendants intentionally and Knowningly delayed/denied Plaintiffs Hernia Consult & Surgery and Consult for Stomach Issues to be seen by a specialist. Hernias typicily are diagnosed with Physical exam. also test such as an X-ray, CT or Ultrasound may both but these scans may not detect an abnormality, especially if the hernia is receded into the abdomen during the scan. Thus a negative scan does not mean no hernia is there. 4) The medical standard of care for a patient with a symptomatic hernia, is surgical repair as soon as Possible. Such as but not limited to "N.P. Thomas Physician" stated several times at "encounters" she could not recommend a hernia nor stomach specialist consultation or surgery due to Practice, Custom and/or Policy of Defendant(s). Through there actions and/or inactions, the delay and/or denial of Plaintiff(s) Hernia, stomach Consultations Defendant(s) were deliberate indiffrent to his serious medical needs and left him to Suffer therefore Defendants are sued in Their Official Capacity under the Color of State law & Individual Capacity, and all other relef stated herein this Complaint.

4) NaPhcare, is an out-of-state Medical Contractor/corporation Licensed & doing business in arizona. as such has the duty, responsibility & obligation to provide constitutionally Adequate Medical Care to the Plaintiff. was/is medical vendor for (Adocc) during all relevant times of this Complaint until Present date 2023 through 2021 until but not limited to current date. Naphcare, replaced Centurion, However have failed Plaintiff in the delay and/or denial of Hernia and Stomach Consultations and Surgery. 1) Defendants delayed and/or denied Plaintiffs Hernia Surgery and/or Consultation and Stomach Consults for over 2 years. during which the same his/her w's, such as but not limited to The Syman Medical Director, Nurse Practitioner(s), Rn's) Keep Keeping the same Possistion(s) staying on from Medical vender to vender. Where they have the same mind fram of Providing inadequate Medical Care to Prisoners and are Part of the systimic Problem(s) & not the solution. 2) Plaintiff was/is in Terrible Pain daily, as his Hernia & Stomach Conditions Worsen & the risk to his —

Count 1, 3-D

## Supporting Facts

Health increased. Plaintiffs daily way of living was restricted & his routine activities such as but not limited to; "defecating, coughing, urinating, sleeping, walking, or sitting up would cause MY tissue to bulge out of MY "stomach lining/abdominal wall or groin area, and MY stomach mid, side, top would cause intense & excruciating pain.

3) Plaintiff gets cramps, sharp stomach & groin pain & loss of sleep as well as other complications so severe that another ICS medical emergency was issued on (December 27th 2023) because of his hernia bowel obstruction and stomach bloted & pain in top and mid section of stomach so bad that Plaintiff was taken to medical at or around 9:45 pm on 12/27/2023 for such sever pain although he was told to go home & take a tylenol and forced to remain In pain & suffer as he went back he was told he would be seen by the Doctor the next day & have blood test(s), although nothing was done as of yet January, 4th 2023. 4) Plaintiff asked Doctor(s) for help & submitted several Grievances yet those cry's for help were disregarded by Defendant(s) Herein as but not limited to "Nalhcare". Plaintiff asked for help & to be sent to a stomach specialist and Hernia specialist to see if it was a hernia and if it was his gullbladder or something else 5). Plaintiff request hernia repair and help & recieved No hernia aids such as but not limited to hernia belt and binder & has not In over 2 years nor as of yet (January 2024). Years later after Plaintiff was ignored & left to suffer in pain daily where at times it would be so unbarable it would conke him from his sleep or have him bundled up crying in severe pain. Defendants sent Plaintiff to a Gastolist where he found Plaintiff had H. Pylori and told Plaintiff it is caused by bad water and it (bad water) could cause stomach lining to rip (thin & be a cause of MY hernia(s) & stomach pains. Plaintiff was — seen by Hernia specialist year(s) later who stated He had hernia(s) —

(3-D)

Count 1. 3-E.

Supporting Facts

and recommended Plaintiff have Hernia repair as soon as Possible

6) Plaintiff is Still in Pain from his Stomach has asked for help and Doctor Stated they felt a lump in mid Stomach area but did Nothing, although Defendant(s) finally Provided or sent Plaintiff For a Hernia Consult and Gastrolisist Years later, does not notify the fact that Plaintiff was forced to live in Pain & suffering for over two Years while Defendant(s) delayed and/or denied these much needed Medical Consults due to there custom Practice or written/unwritten Policy which left and Has the Plaintiff in severe Pain, unable to Participate in normal activities and at risk of current & future serious Complications, these Policies, Practice or custom causes the wanton infliction of Pain and amounts to deliberate indifference to a serious Medical needs of this Plaintiff incarcerated in the (ADOCRR) system, in violation of The 8th Amendment to the United States Constitution, for the delay/denial of Medical Care where it was within the Defendant(s) Power to Correct the Wrongs Years ago yet they failed to do So and Plaintiffs Body has Payed the cost and suffered In Pain for Year(s) Therefore Defendant(s) are sued under the color of State Law in there Official Capacity and in their Individual Capacity and for but not limited to all relief stated in this Complaint and what this Court deems fit of insuance Declaratory, Punitive and Compensatory relief.

## COUNT II

1. State the constitutional or other federal civil right that was violated: Eighth Amendment to be free from crue & unusal Punishment, 14th. Amendment of the united States Constitution

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: Contaminated drinking water
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants 1. Julie Bowers, Sean Malone, Fred Moreno are all here in sued in their official calacity under the cour of law & individul calacity for the direct or indirect deliberate indifference to Plaintiffs Health /safty being the Proximate cause to deprivation do Plaintiffs 8th Amendment right of the U.s. constitution by but not limited to The following issues stated herein: 1) Defendant Julie Bowers is the central office appeal officer as such had the power to correct the wrong and or act yet failed to do so, disregarded Plaintiffs GRVS for heil & request for water filters he sold again through a Prison fund raiser. Plaintiff has been forced to drink toxic/polluted; inadequate drinking water for years, which has caused him even more stomach complications & is related to his constant stomach Pains he had H. Plori for years after finally medical sent him to a gastrolegist specalist he was told more then likely it came from bad water. The water also comes out brown at times, it taste bad like metal or smells as well and a suler high calcium consentration that leaves the sinks at smu. Growing caked in white as well as little blak things floting in the water also if left in your bottle it puts black slots or furges in my bottol all the time. In addition even all/almost the staff at smu/Eyman Prisons bring their own water & say the inmate's water is bad & if you were to servay their is a extremely high number of inmates.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff has Documented stomach issues & hernias in 5 years, went to specalist a gastrologist who stated it probably & usualy comes from bad water I was stosnoted eludication with H-Plori by him & hve been having stomach issues for years & could hve futher or life thread complication in the future from Drinking this contaminaded/Pulluted toxir water at Eyman continue 5→

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## Count II 4.

# INJURY

The facts) are that Eyman Complex & its Prisons such as but not limited south unit. Rynning unit, smu, cook unit have been here providing the water for all inmates(including Plaintiff) and are Prison's Established in the 80's(1980's) or Beforehand. & its water Service lines & Pipes as but not limited to the lines at the units are as old if not older & more likely then not have meted and lead and/or other Such service lines & Pipes that provide water to Plaintiff. The contaminated water is evident as at times It would come out Dark Brown and smell bad, among other things in the water. Even the official's (staff) confirme this & dont drink the water but bring bottoled watter or bottoles with filters. Plaintiff has Spoken to many inmate that have Experienced the same things or worse Like Cancer. Plaintiff obtained H. PYlori a water based bactiria that can cause such thing as but not limited to: damage the Protective lining of the stomach & small intestine, which can allow stomach acid to create an (ulcer) cause irritation & Swelling (gastritis), loss of appitite, sever/ongoing stomach(abdominal) Pain that awakens you from sleep and was/could have been the cause of Plaintiff(s) Hernias & other Stomach Issues as Plaintiff complained about Pain such as but not limited to. That it could wake him from sleep, ~~motion~~ Efect his daily way of living, bloody stools, severe & excrutiating abdominal Pain and was made to suffer such unnecessary & wanton infliction of Pain ~~motion~~ and by ~~the~~ Defendants(s) actions and/or inactions to Plaintiffs serious concerns about such water contamination and current and future Health risk that are Serious and/or could even lead to death All Plaintiffs were had/are deliberate Indifference to Plaintiffs Concerns about the drinking water that have/could cause more in the future serious medical Health risks to Plaintiff and that were made aware of this yet decades/refuses to act or correct the wrong & Provide water fillers for cups.

Count II 4-A

Supporting Facts:

with stomach complication, cancer, H. Pylori and the common denominator has always been the water. Plaintiff looked for help & an easy solution of ADOCRR "selling" me a water purification cup or water filter as they have done this before at the Eyman Prison South unit in the past as some inmates have them as ive seen. Yet Defendant refused to even recommend this, but instead left Plaintiff exposed to toxic water, future complications of stomach pains or even death by her actions and or inactions although she made her bosses Sean Malone & Fred Moreno at central office just passing the responsibility, duty & human decency failing the Plaintiff once again while leaving his body to pay the cost of pain, suffering and future complications from Defendant(s) deeply intrenched institutional culture.

2] Defendant Sean Malone is the assistant director for Prison Operations He had the power to correct the wrong was or should have been aweak of Plaintiffs concerns & detinieration of his Health/safty and risk of future complications or even death, due to the water at Eyman Complex which years of drinking has caused and continue to cause in the future pain, stomach/Health complications to Plaintiff. Defendant has a duty & is responsible for the purchase of water purifiers fundraiser all proval and/or such, he was aweak but failed to respond to my request as stated in Defendant Julie Bowers responce To Plaintiff making Defendant Malone deliberately indifferent to Plaintiffs concerns, crys for help & years of pain & suffering & future risks to his Health because of the toxic water he is drinking at Eyman Complex.

3] Defendant Fred Moreno is Assistant Director for Prison Facilities at central office. Defendant as Defendant Malone was sent my complaint by Julie bowers, He was made aweak of all the facts. The toxic/Pulluted drinking water that had caused Plaintiffs, H-Pylorie has caused Plaintiffs stomach issues and/or played a part in such Medical issues and could cause feature complications or even death Yet although he had the power to answer All of Plaintiffs questions regarding the plumbing, water filtration system at Eyman Complex —

(4-A)

## Count II 4-B

### Supporting Facts

He Knowingly and deliberately disregarded the complaint forwarded to him and the crys for help from the Plaintiff. Yet he failed to act, leaving the plaintiff to suffer from the pain & Health risks now & in the future to his body without any regard to Plaintiff or to the duty & responsability Defendant has. & IF it was not for (all Defendants) herein actions/inactions Plaintiff would not have be subjected to pain.

4). All Defendants Julie Bowers, Sean Malone and Fread Moreno "Have all" directly or Indirectly, through their actions or inactions under the color of Law violated Plaintiffs Eigth Amendment right OF the United States as plaintiff suffers or coud suffer more harm and are liable for such constitutional violation and All Defendants herein are sued in their offical capacity & in his/her individual calacity for Injuctive, declotory, & other relief & damages the court deems Fit.

(4.B)

## COUNT III

1. State the constitutional or other federal civil right that was violated: First Amendment of the united states constitution, 8th, 14 amendments

2. **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _Contaminated_
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Nurse Praider "Jesse Thomas": Is/was the contracted Medical staff under Both "Centurien" and "Naphcare". Defendant thomas has a duty, responsibility & obligation to provide me with adequate Medical care. Defendant was & is the provider at SMU-1 & cook unit at all relevent times from 2021 until 2023 Defendant thomas has for years refused to recomend a hernia consult surgery and stomach specialist. She would not even touch touch me to examin me. and maybe only touch me to examin my hernia stomach amplications 2 or 3 times in years. Defendant told me many times as i complained about my stomach & hernia. I was asking for consult(s) Defendant told me it was the medical venders "Centurien" and "Naphcare" its practice not to have her (Nurse Praictioners) to recomend inmates for consultations to specialists or surgery Irrisardless of the pain & suffering or other complications & that Plaintiff could face future Medical complications or even death. As the hernia could be pushed in & nothing of the stomach pains for years. Later it was found out I do have hernia & need surgery & stomach pain be salved from H-Plori & could be gall bladder removal needed yet nothing as of yet →.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Defendant had the ability since 2021 to recomend me for a stomach & gastorolisist specialist and a hernia consult & to look in the computer to check if i was illigible or had bad side effects to Cymbolta yet she did not & put pain lifts life & health at risk →.

continue

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## Count III

## INJURY

Plaintiff was forced to endure the feeling of having a Heart attack and Pain & suffering as well as Future Complications. Plaintiff had severe Pain, cramps, Pain with urinating/deficating, Bowel obstruction, Stomach Pain is so severe it wakes me from my sleep, Tearing of Stomach linins in groin area & having to endure this for Years because of Practice Policy, Custom of Medical vendor(s) & Defendants unwillingness to recommend the Gastrologist Consult, Hernia Consult & Stomach Consult until i tell her Im filing a Complaint against Her & begg for help as my conditions wosen. & Im still waiting for Surgery & my Stomach still has complications she was the Direct and/or Proximate cause to my Pain & Suffering & inadque Medical care. if it wasnt for her actions or inactions Plaintiff would have not been subjected to almost having a Heart attack & delay in Much needed Sirrous medical needs Consult(s), thereby all my Pain, cramps, Stomach Pain, Bowel obstruction, Groin Pain Troble sleeping. high blood Preser & delay/denial for Years for Consult as my Pain & Conditions worsened is a Proximate cause of her actions/inactions as Plaintiff still remains in Pain.

<u>Count III-A</u>

<u>Supporting Facts</u>

Defendant In 2021 seen Plaintiff for Hernia & Stomach Pain & other Complications. Defendant thomas for Years refused to recommend Consult To Much needed Specilists for Plaintiffs Serious Medical needs. at Cook Defendant Thomas Plaintiff believes Contributed to Plaintiff(s) Hish blood Presser and almost Caused his death & Could have Caused future Complications to his health by her actions/inactions and Gross Neglisence at best where in: on or about March 19th, 2022. Plaintiff requested Pain manasement Medication from Defendant for his daily Pain from all his Medical Conditions were only getting worse. Defendant stated she would Put him on Cymbalta. Plaintiff told Defendant that "I think & am Pretty sure that I had really bad side effects to that Pill & almost felt like I was having a heart attack, and asked Defendant to check on Her Computer to see if that was the one I was illergic to or linica" Defendant looked for about (One second) then told me nothing there "Just dont think about it & Meditate on Something else, & its not that Pill. Plaintiff was Given the Pill later that night after taking the (Cymbalta) A bit later I started feeling dizzy & my heart started beating so fast I could hear it and my friend felt it & told me damn thats not right so I spoke to the officer & who seen me dizzy & my heart racing so the officer called an emersency Medical respence (I C S) & I was taken to Medical were My heart rate Continues to rise until it was (loo+ over 185+) & the Nurse had to call the on call Doctor & they had to Give me an injection to lower my blood Presser/heartrate. That was Gross neglisence where Defendant could have & should have taken her time to Check if I was illersict or Bad side effects to that Pill and Defendant did Not a direct and/or Proximate cause to the inadequie Medical Care & by Defendants actions—

(5-A)

## Count III - B

### Supporting Facts

and/or inactions Plaintiff almost had a heart attack as it would not stop going hi/er until the (injection) and the future complications as Plaintiff now must take High blood presher medication. In addition Defendant for years refused to recommend a consultation to a specialist or recommend a gastrolisest until i told her I'm sueing her and all for my pain & suffering & Defendant refusing to recommend consults. When she finally did in 2023 she only did the gastroligist and hernia consult/surgery and I was found to have H. Plori due to contaminated water the Doctor stated and the Hernia Doctor specilist stated i needed double Hernia surgeries as soon as possible because Hernia surgery is the only treatment for hernia's & it is recommended its done as soon as possible once detected. & nothing for my stomach pain's which i still have. Plaintiff is still waiting for Hernia approval and Defendant although followed Her Medical employer's custom, practice and Unwriten policy Defendant is the Direct and or Proximate cause to the delay/denial & Gross negligence to Plaintiffs serious medical needs intentionally delaying/denying medical consults and almost killing Plaintiff in Violation of the 8th amendment. Plaintiff is sueing in Her official Calarity under the color of Law and Individual Calacity for Jnductive, declotory, & other relief & damages the Cart deems fit.

(S-B)

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff for Count (1) against David Shinn, Ryan Thornell, Centurion Medical Vender, and Nathcare Medical Vender seeks compensatory of 500.00 a day since the first inmate letters HWR of plaintiffs cry's for help (punitive) Damages of 1000.00 a day as defendants have continued to do the same thing & not learned or cared the first time. (Injunctive relief) as its always in the public interest to ensure defendants provide adequate medical care & prevent irreparable injury by providing Hernia surgery & a consult for a stomach specialist to see if gallbladder needs removal or find out the cause of plaintiffs upper stomach pains. Lauder 234 F. Supp. 2d at 1252. Whitaker v. Unified School District. 858 F.3d 1034 (7th cir 2017) (Declaratory) for plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1 / 5 / 2024_____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# E. REQUEST FOR RELIEF

request Director directs Medical Vender who currently Provides health care to inmates That Physican(s) be informed they can & should recommend any treatment and/or Consultations and Surgery they deem fit without intervention or worry and if Such Consultation(s) are Needed or requested that consultations and Surgeries are done/approved within 30 days. In addition that all Medical staff from Director of Medical Eyman Steward to Nurses, if they have been working at Dooe & transfer to be Contracted from Vender to Vender for the last 5 years or more, they be dismissed, as they are part of the Problem and not The Solution. **COUNT II** : OF Julie Bowers, Sean Malone, Fred Moreno Plaintiff Seeks Compensatory, Punitive of 500.00 a day and/or $750,000 Injunctive The test does not require that harm actually occur, or that it be certain to occur, The acual or threatened violation of core constitutional rights is Presumed irreparable, The water at Eyman Complex is Unsafe & taking steps to Counter the Problem by fixing all the Plumbing at Eyman Complex which have been here Since the 1980's is only In the intrest of the Public and harm Suffered by Plaintiff outweighs any Potential harm to Defendants. <u>Decloratory.</u> Allow Plaintiff to Purchas from on line Vender as COSCO, Sam's Club Etc a Water Purifir cul or Bristol water Purifier bottles, as it was Sold before at South Unit and it would Counter the toxic, contaminated and Polluted drinking water at Eyman Complex **COUNT III** Plaintiff against <u>SiJi Thomas</u> SeekS :
The dismissal of this Defendant as a Health care Physican and health care Provider, Nurse Practitioner (N.P.) for inmates in the Arizona Department of Corrections as Insunctive and/or decloratory Relief as there will be no harm to the Public by ensuring that Defendants Provide Constitutionally adequate Medical care. Compensatory, Punitive Relief for Defendants actions Then, now and/or in the future that Plaintiff Has/will be forced to endure $165,000 And to this and for all defendant(s) herein any other relief or damages this court deems Fit or Proper.

VERIFICATION of Complaint

Plaintiff Hereby Declares and Swears under the Penalty of Perjury, that All the Facts alleged In Plaintiff's Complaint against All Defendant(s) 1. David Shinn 2. Ryan Thornell 3. Centurion 4. Nalhcare 5. Julie Bowers 6. Sean Malone 7. Fred Moreno 8. Sidi Thomas: Are True and Correct and all Contents are True and Correct to the best of Plaintiffs Knowledge and belief and Plaintiff declaring these facts alleged in this Complaint as a Verification under the Penalty of Perjury.

Respectfully Submitted This 5 day of January 2024.

BY Pro Se Plaintiff _Luis G. Valenca_

Luis Gutterrez-Valenca ASPC Browning, Florence, Arizona 85132

E. PADILLA
Notary Public - State of Arizona
PINAL COUNTY
Commission # 640078
Expires December 28, 2026

State of _Arizona_
County of _Pinal_
This instrument was acknowledged before me this
5th day of _January_, 20 24
by _a person_ _E. Padilla_
Notary Public