

☒ FILED ☐ LODGED

**OCT 25 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITE STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Gutierrez-Valencia,<br>Plaintiff<br>VS.<br>David Shinn, et al.,<br>Defendant(s) | NO.# 24-CV-00038-PHx-JAT-(DmF)<br>Request for a default Judgement<br>against Defendant(s) 1. siji Thomas 2. Medical<br>Vender Centurion 3. Medical Vender NaphCare |

The Plaintiff Luis Gutierrez-valencia, moves this honorable Court for a Judgement of default in this action, Pursuant to Federal Rules of civil Procedure 12(a), 7(a), 55.(a),(b)(2), U.sc.§ 1997e(g)(2), Jones v. Block 549 U.S.199,212-13,221-24,127 ct. 910 (2007), Essex county Jail Inmates v. Treffinger, 18 F. Supp. 2d 442 (1998).

## DECLARATION FOR ENTRY OF DEFAULT

1. The Plaintiff Luis Gutierrez-valencia, hereby declares:

2. I am the Plaintiff in the above titled action. The Complaint for this case was Filed on January, 5, 2024(Doc.1).

3. The Court files/Records attached show the Defendants herein were served by the united States marshal's office with a Copy of the Plaintiff's Complaint on September, 25, 2024.

4. More then (21) day's have elapsed Since the date on which the Defendant(s) herein were served with summons and a Copy of the Plaintiff's Complaint, excluding the date thereof.

5. The Defendants have failed to answer or Otherwise defend as to Plaintiffs Complaint, ~~or~~ or a Copy of any answer or any defense which they Might have had against this Plaintiff.

6. Plaintiff asks the Court clerk to enter a default against these Defendants as Authorized by Fed.R.civ.P.55(a). I declare under Penalty of Perjury the foregoing Is true & Correct. Executed on October 24, 2024 by Luis G Valencia

## NOTICE OF SERVICE

I hereby certify that on Oct.24.2024. I have electronically filed the following Documents) with the clerk of the u.s. District Court through Lewis Barchey unit Library & filing System, and therefore a Notice of Service/certificate of service will be sent to all Defendants by Electronic filing through this Court.

Luis Coutterrez-Valencia Pro se Plaintiff.

Respectfully submited this oct, 24/2024

(2).